UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Lakeview Management, Inc.;
Lakeview Neurorehabilitation
Center, Inc.; and Lakeview
Neurorehab Center Midwest, Inc.,
    Plaintiffs

    v.                                  Civil No. 07-cv-303-SM

Care Realty, LLC; and
THCI Company, LLC,
    Defendants

**O R D E R**

A status conference was held on February 12, 2010.

THCI's anticipated motion for attorneys' fees may be filed on or before February 26, 2010, and Lakeview's response by March 19, 2010.

A number of potential issues were candidly discussed, with some doubt expressed by the court as to the necessity and/or ability to resolve those issues in the context of this litigation (e.g., group home revenues as "integral;" availability of fair market value process to set rent for the extended lease period). The parties believe that most, if not all, such issues can be resolved in a mutually satisfactory manner.

A further status conference will be scheduled in early April, by which time at least an agreement on the amounts due under the court's previous orders ought to be achieved.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

February 16, 2010

cc: Christopher H. M. Carter, Esq.
    Daniel M. Deschenes, Esq.
    Ovide M. Lamontagne, Esq.
    Jonathan M. Shirley, Esq.
    Leigh S. Willey, Esq.