UNITED STATES DISTRICT COURT

                     DISTRICT OF NEW HAMPSHIRE


<u>Lakeview Management, Inc.;</u>
<u>Lakeview Neurorehabilitation</u>
<u>Center, Inc.; and Lakeview</u>
<u>Neurorehab Center Midwest, Inc.</u>,

       v.                                    Civil No. 07-cv-303-SM

<u>Care Realty, LLC; and</u>
<u>THCI Company, LLC</u>,


                           **O R D E R**


     A further conference was held with counsel on April 6, 2010. Counsel advised the court that while they can agree on the judgment amounts with respect to mathematical calculation, they believe at least two additional issues must be resolved first — one related to interest on rent owed after a substantial payment was made, the other related to whether group home revenues are properly recognized as "integral" under the lease terms.

     To the extent factual disputes exist, the court may vacate judgment and schedule additional trial proceedings, or, it may be that contested factual premises are irrelevant at this stage, having been waived by failure to litigate them at trial.

     The parties have deemed it wise to discuss the issues further in hopes of reaching agreement. A further conference shall be held on **Friday, April 16, at 10:00 a.m.**

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

April 12, 2010

cc: Christopher H. M. Carter, Esq.
    Daniel M. Deschenes, Esq.
    Ovide M. Lamontagne, Esq.
    Jonathan M. Shirley, Esq.
    Leigh S. Willey, Esq.