UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Lakeview Management, Inc.;
Lakeview Neurorehabilitation
Center, Inc.; and Lakeview
Neurorehab Center Midwest, Inc.,

    v.                                  Civil No. 07-cv-303-SM

Care Realty, LLC; and
THCI Company, LLC,

**O R D E R**

A further status conference was held on April 16, 2010. Despite extensive efforts, the parties have been unable to reach agreement with respect to the judgment amount that should be entered. They disagree about two issues that will determine that calculation, and they agree that upon resolution of each issue, the resulting number will not be disputed.

On or before **April 30, 2010**, the parties shall brief the following issues;

    1.   Whether the remaining issues (proper accounting for group home revenues, and for interest on a substantial payment made by plaintiffs) should be resolved 1) after an evidentiary hearing or 2) on the record as it currently stands.

    2.   The court's jurisdiction to conduct a further evidentiary hearing with respect to those issues, given the pending cross-appeals.

    3.   If the parties agree (as they seem to) that the interest issue can be resolved on the current record (or with stipulations) then they should brief their respective positions on whether the payment did or did not stop interest from accumulating on that sum.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

April 12, 2010

cc: Christopher H. M. Carter, Esq.
    Daniel M. Deschenes, Esq.
    Ovide M. Lamontagne, Esq.
    Jonathan M. Shirley, Esq.
    Leigh S. Willey, Esq.